Exhibit A

1. Delfino Fernandez Abad
2. Bryan Alvarado
3. Juan Lopez Alvarado
4. Anahi Alvarez
5. Ramario Navarro Amezcua
6. Rosalva Andrade
7. Juan Cruz Angeles
8. Melinda Ann
9. Petronilo Argueta
10. Yamir Arismendi
11. Evelio Alejandro Bravo Arreaga
12. Zilo Arzola
13. Jake Atkins
14. Rogelio Huertas Aviles
15. Pablo Barreras
16. Juan Bautista
17. Ismael Beltran
18. Jennifer Bishop
19. Macario Bohorquez
20. Timothy Bowlin
21. Justin Bussell
22. Cecilio Arzola Campos
23. Erandi Campos
24. Valentin Catalin
25. Nayeli Chagala
26. Alberto Librado Chavez
27. Ricardo Soto Colon
28. Victoria Contreras
29. Aljeandra Cruz
30. Donato Hernandez Cruz

31. Guillimina Cruz
32. Luisa Mendoza Cruz
33. Margarita Hernandez Cruz
34. Maria Cruz
35. Donnie Dalton
36. Jonathan Davis
37. Gina Dean
38. Domingo Gregorio Domingo
39. C. Spencer England
40. Francisco Nuci Estrada
41. Juan Silva Estrada
42. Pedro Nuci Estrada
43. Omar Barcelos Garcia
44. Mateo Gomez
45. Nicolas Gomez
46. Esteban Gonsalez
47. Maria Gonsalez
48. Augustin Gonzalez
49. Elvia Cruz Gonzalez
50. Pedro Felipe Gutierrez
51. Alejandra Guzman
52. Alejandro Guzman
53. Jesus Perez Hernandez
54. Jose Lucas Hernandez
55. Juan Dajui Hernandez
56. Juan Lucas Hernandez
57. Salvado Huipe
58. Martin Arzola Hurtado
59. Priscilla Keck
60. Tracey Kinningham
61. Carl Kinser

62. Gudelia Kinser
63. Jason Kinser
64. Ponciano Hernandez Lama
65. Taylor Lamb
66. Victor Leal
67. Alberto Libraro
68. Esteban Lopez
69. Joel Lopez
70. Maria Lopez
71. Martha Alvarado Lopez
72. Marvin Oriel Marroquin Lopez
73. Pablo Lopez
74. Hollie Luallen
75. Juan Manual
76. Jose Saul Manuel
77. Antonio Garcia Martin
78. Gonzalo Chavez Martinez
79. Luis Bautista Martinez
80. Teresa Martinez
81. Adan Mejia
82. Mario Mejia
83. Adriana Cruz Mendoza
84. Carolina Romulo Mendoza
85. Ofelia Mendoza Mendoza
86. Veronica Perez Mendoza
87. Jorge Meraz
88. Alma Mercado
89. Frank Montalvo
90. Joseph Montalvo
91. Candelaria Morales
92. Esperanza Torres Morales

93. Glendy Morales
94. Gloria Mejia Munoz
95. Ramiro Narro
96. Javier Navarrete
97. Juan Nuci
98. Hector Ortiz
99. Pedro Gomez Pablo
100. Carmen (Angela) Pedraza
101. Rigobeto Peres
102. Daniel Perez
103. David Perez
104. Esperanza Perez
105. Jose Perez
106. Virgen Mendoza Perez
107. Martha Polido
108. Teresa Quezada
109. Cesar Ramirez
110. Claudio Ramirez
111. Cristino Ramirez
112. Jesus Ramirez
113. Rafial Dario Ramirez
114. Mateo Ramos
115. Justino Reyes
116. Tomas Ricardo
117. Vivian Rivas
118. Cornelio Roberlo
119. Luis Roberto
120. Jose Roblero
121. Jose Rodas
122. Pablo Rodiriquez
123. Moses Rodriques

124. Elmis Rodriquez
125. Oscar Rojas
126. Thomasa Saladon
127. Alex Sanchez
128. Eugenia Lopez Sanchez
129. Raul Sanchez
130. Raymonda Lopez Sanchez
131. Tomas Sanchez
132. Felipe Santizo
133. Julio Francisco Santizo
134. Alfonso Santos
135. Mario Jose Santos
136. Fidel Silva
137. Santiago Silva
138. Zenaido Martinez Silva
139. Juan Tiburcio
140. Emma Trejo
141. Geronimo Guerrero Trejo
142. Simon Vargas
143. Virginia Vargas
144. Marvin Velasquez
145. Edward Velediaz
146. Reyna Zamorana
147. Catarino Zapote
148. Cristina Zapote
149. Isabel Zelaya
150. Maritza Zelaya
151. Isabel Zelaya, Sr.