# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| EUGENE SCALIA, <br> Secretary of Labor, United States <br> Department of Labor, <br><br> Plaintiff <br><br> v. <br><br> SOUTHEASTERN PROVISION, LLC <br> and JAMES BRANTLEY, <br><br> Defendants | Case No. 3:19-CV-00150-JRG-HBG <br><br> District Judge J. Ronnie Greer |

## CONSENT ORDER AND PERMANENT INJUNCTION

This matter is before the Court on the parties' joint motion for entry of consent decree. The parties have advised the Court that they have resolved this matter and that the Defendants have consented to the entry of this order without further contest. Based on the parties' agreement, it is therefore ORDERED, ADJUDGED and DECREED that the Defendants, Southeastern Provision, LLC and James Brantley, their agents, servants, employees, and all persons in active concert or participation with them who receive actual notice hereof, are permanently enjoined from violating the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.*, in any of the following manners:

1. They shall not, contrary to §§ 6 and 15(a)(2) of the Act, 29 U.S.C. §§ 206 and 215(a)(2), pay any employee who is engaged in commerce or in the production of goods for commerce, or who is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at a rate less than the applicable minimum hourly rate prescribed by said § 6 as now in effect or which hereafter may be made applicable by amendment thereto.

2. They shall not, contrary to §§ 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2), employ any employee who is engaged in commerce or in the production of goods for

1

commerce, or who is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for more than 40 hours in a workweek unless such employee is compensated for such hours in excess of 40 at an overtime rate of at least one and one-half times the regular rate at which such employee is employed.

3. They shall not, contrary to §§ 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), fail to make, keep, and preserve adequate and accurate employment records as prescribed by Regulation found at 29 C.F.R. Part 516.

It is further ORDERED, ADJUDGED and DECREED that Plaintiff shall recover damages from Defendants totaling $610,000 over a period of 36 months as set forth herein. This amount represents back wages in the amount of $305,000 and liquidated damages in the amount of $305,000. These damages are being paid to compensate the individuals listed on Exhibit A to the amended complaint [ECF No. 18-1]. These individuals were employed by the Defendants during the time periods listed on Schedule A attached hereto. The private rights under the Act of any person not named or for periods not stated shall not be terminated or otherwise affected by this proceeding.

To comply with this provision of the order, Defendants shall issue payroll checks to all persons currently employed by them as provided in Schedule B. Checks will be issued in in the amounts indicated, less any applicable deductions. For persons no longer employed by the Defendants, the Defendants shall issue checks, as provided in the Schedule, and mail the checks to each employee's last known address. With respect to timing, Defendants shall make the payments as provided in the Schedule. Within 60 days of mailing and/or distributing each check, Defendants shall provide the Plaintiff with a copy of the checks issued (along with a schedule showing any deductions that were made and the amounts thereof), report to the Plaintiff regarding whether each check has been negotiated and/or cleared the issuing financial institution, and provide Plaintiff with proof of such negotiation or a

2

signed Form WH-58.[1] For all checks that were not negotiated or cashed, the Defendants shall reissue a single check to "Wage and Hour Division – Labor" to cover the net due to all employees who did not negotiate or cash their checks for that installment.[2] The "net due" is the amount shown on Schedule A, less any applicable deductions. The Defendants will thereafter provide the check to the Plaintiff, along with a schedule listing the names of the employees for whom payment is being made, the employees' last known address, social security number (if possible), and the gross and net amount due to each employee. Upon receipt of the checks, Plaintiff may distribute the funds to the employees or to their personal representatives. Any amounts not so distributed by Plaintiff within three years after the date of this order, because of inability to locate the proper persons or because of such persons' refusals to accept such sums, shall be deposited into the Treasury of the United States as miscellaneous receipts. Defendants shall remain responsible for the employer's share of any F.I.C.A. or other applicable taxes arising from or related to the back wages paid hereunder. In the event that any of the checks expire prior to being negotiated, the Defendants shall, at the request of the Plaintiff, reissue said check.

FURTHER ORDERED that in the event of default by Defendants in the payment of any of the installments listed on Schedule B, the total balance then remaining unpaid shall become due and payable immediately, with no further notice or demand required, and post judgment interest shall be assessed against such remaining unpaid balance, in accordance with 28 U.S.C. § 1961, from the date of default until paid in full.

FURTHER ORDERED that Defendants shall not request, solicit, suggest or coerce, directly or indirectly, any employee to return or to offer to return to Defendants, or to someone else for

---

[1] The Defendants shall provide this information to: Nettie Lewis, District Director, Wage and Hour Division, at 1321 Murfreesboro Road, Suite 204, Nashville, Tennessee 37217.

[2] Defendants may issue "stop payment" orders with their financial institution as to those checks

3

Defendants, any money in the form of cash, check or in any other form, for monies previously due or to become due in the future to said employees under the provisions of this order; nor shall Defendants accept, or receive from any employee, either directly or indirectly, any money in the form of cash, check or any other form for wages heretofore or hereafter paid to said employee under the provisions of this order; nor shall Defendants discharge or in any other manner discriminate, nor solicit or encourage anyone else to discriminate against any such employee because such employee has received or retained money due from Defendants under the provisions of this order.

FURTHER ORDERED that each party shall bear such other of its own attorney fees and expenses incurred by such party in connection with any stage of this proceeding, including but not limited to, attorney fees which may be available under the Equal Access to Justice Act, as amended.

_____
HONORABLE J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

that were not negotiated or cashed, if they so desire.

*Approved for Entry:*

KATE O'SCANNLAIN
Solicitor of Labor

TREMELLE HOWARD
Regional Solicitor

POST OFFICE ADDRESS:

Office of the Solicitor
U. S. Department of Labor
618 Church Street, Suite 230
Nashville, Tennessee 37219
Telephone: (615) 781-5330
Fax No.: (615) 781-5321
*nash.fedcourt@dol.gov*
*shepherd.matt@dol.gov*

THERESA BALL
Associate Regional Solicitor

_____
MATT S. SHEPHERD

U. S. Department of Labor
Attorneys for Plaintiff

_____
James Brantley, Individually and on behalf
of Southeastern Provision, LLC

1617 Helton Road
Bean Station, Tennessee 37708

_____
NORMAN D. MCKELLAR
McKellar & Easter, PLLC
412 Ebenezer Road
Knoxville, Tennessee 37923
Telephone: (865) 566-0125
Fax No.: (865) 566-0126
*ndm@helpingclients.com*

Attorney for Defendants

5

## Schedule A

| Employee | Period Covered | Back wages | Liquidated Damages | Total Due Employee |
|---|---|---|---|---|
| Delfino Fernandez Abad | 5/7/17 – 4/8/18 | 6,266.79 | 6,266.79 | 12,533.58 |
| Juan Lopez Alvarado | 5/7/17 – 4/8/18 | 2,773.91 | 2,773.91 | 5,547.82 |
| Anahi Alvarez | 5/7/17 – 4/8/18 | 2,395.74 | 2,395.74 | 4,791.48 |
| Ramario Navarro Amezcua | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Juan Cruz Angeles | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Melinda Ann | 11/19/17 – 4/8/18 | 334.43 | 334.43 | 668.86 |
| Petronilo Argueta | 5/7/17 – 3/11/18 | 2,463.44 | 2,463.44 | 4,926.88 |
| Yamir Arismendi | 11/5/17 – 4/8/18 | 283.35 | 283.35 | 566.70 |
| Evelio Alejandro Bravo Arreaga | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Zilo Arzola | 5/7/17 – 4/8/18 | 1,508.40 | 1,508.40 | 3,016.80 |
| Jake Atkins | 5/7/17 – 4/8/18 | 953.67 | 953.67 | 1,907.34 |
| Rogelio Huertas Aviles | 5/7/17 – 4/8/18 | 1,781.29 | 1,781.29 | 3,562.58 |
| Erick Alejandro Sanchez Baena | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Pablo Barreras | 5/7/17 – 4/8/18 | 2,630.32 | 2,630.32 | 5,260.64 |
| Juan Bautista | 12/31/17 – 4/8/18 | 289.22 | 289.22 | 578.44 |
| Ismael Beltran | 5/7/17 – 3/4/18 | 2,116.28 | 2,116.28 | 4,232.56 |
| Jennifer Bishop | 5/7/17 – 4/8/18 | 600.02 | 600.02 | 1,200.04 |
| Macario Bohorquez | 5/7/17 – 4/8/18 | 2,720.44 | 2,720.44 | 5,440.88 |
| Timothy Bowlin | 5/7/17 – 4/8/18 | 3,673.15 | 3,673.15 | 7,346.30 |
| Justin Bussell | 9/24/17 – 4/8/18 | 451.31 | 451.31 | 902.62 |
| Cecilio Arzola Campos | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Erandi Campos | 5/7/17 – 4/8/18 | 1,866.86 | 1,866.86 | 3,733.72 |
| Teresita de Jesus Martinez Carrizales | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Valentin Catalin | 11/19/17 – 4/1/18 | 575.99 | 575.99 | 1,151.98 |
| Nayeli Chagala | 11/19/17 – 4/8/18 | 689.66 | 689.66 | 1,379.32 |
| Alberto Librado Chavez | 5/7/17 – 4/8/18 | 1,946.04 | 1,946.04 | 3,892.08 |
| Ricardo Soto Colon | 5/7/17 – 4/8/18 | 1,966.45 | 1,966.45 | 3,932.90 |
| Victoria Contreras | 6/18/17 – 4/8/18 | 1,814.07 | 1,814.07 | 3,628.14 |
| Aljeandra Cruz | 5/7/17 – 4/8/18 | 2,288.85 | 2,288.85 | 4,577.70 |
| Donato Hernandez Cruz | 5/7/17 – 4/8/18 | 2,494.30 | 2,494.30 | 4,988.60 |
| Guillimina Cruz | 5/7/17 – 4/8/18 | 2,240.62 | 2,240.62 | 4,481.24 |
| Luisa Mendoza Cruz | 5/7/17 – 4/8/18 | 2,155.86 | 2,155.86 | 4,311.72 |
| Margarita Hernandez Cruz | 5/7/17 – 4/8/18 | 3,640.38 | 3,640.38 | 7,280.76 |
| Maria Cruz | 11/5/17 – 4/8/18 | 497.45 | 497.45 | 994.90 |
| Donnie Dalton | 5/7/17 – 4/8/18 | 6,359.80 | 6,359.80 | 12,719.60 |
| Jonathan Davis | 5/7/17 – 3/4/18 | 77.67 | 77.67 | 155.34 |
| Gina Dean | 5/7/17 – 4/8/18 | 86.71 | 86.71 | 173.42 |

| Name | Period | Amount | Amount | Total |
|---|---|---|---|---|
| Domingo Gregorio Domingo | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| C. Spencer England | 5/7/17 – 4/8/18 | 3,875.65 | 3,875.65 | 7,751.30 |
| Francisco Nuci Estrada | 5/7/17 – 4/8/18 | 2,044.59 | 2,044.59 | 4,089.18 |
| Juan Silva Estrada | 5/7/17 – 4/8/18 | 2,349.41 | 2,349.41 | 4,698.82 |
| Pedro Nuci Estrada | 5/7/17 – 4/8/18 | 2,155.56 | 2,155.56 | 4,311.12 |
| Omar Barcelos Garcia | 5/7/17 – 7/2/17 | 936.92 | 936.92 | 1,873.84 |
| Mateo Gomez | 5/7/17 – 4/8/18 | 1,908.09 | 1,908.09 | 3,816.18 |
| Nicolas Gomez | 5/7/17 – 4/8/18 | 2,228.52 | 2,228.52 | 4,457.04 |
| Esteban Gonsalez | 9/10/17 – 4/8/18 | 911.83 | 911.83 | 1,823.66 |
| Maria Gonsalez | 5/7/17 – 4/8/18 | 2,019.65 | 2,019.65 | 4,039.30 |
| Augustin Gonzalez | 5/7/17 – 4/8/18 | 5,641.88 | 5,641.88 | 11,283.76 |
| Elvia Cruz Gonzalez | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Pedro Felipe Gutierrez | 5/7/17 – 4/8/18 | 2,350.21 | 2,350.21 | 4,700.42 |
| Alejandra Guzman | 2/25/18 – 4/8/18 | 84.38 | 84.38 | 168.76 |
| Alejandro Guzman | 5/7/17 – 4/8/18 | 2,502.04 | 2,502.04 | 5,004.08 |
| Jesus Perez Hernandez | 5/7/17 – 4/8/18 | 4,625.53 | 4,625.53 | 9,251.06 |
| Jose Lucas Hernandez | 5/7/17 – 4/1/18 | 4,062.88 | 4,062.88 | 8,125.76 |
| Juan Dajui Hernandez | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Juan Lucas Hernandez | 5/7/17 – 4/8/18 | 2,756.43 | 2,756.43 | 5,512.86 |
| Salvado Huipe | 5/7/17 – 4/8/18 | 1,823.93 | 1,823.93 | 3,647.86 |
| Martin Arzola Hurtado | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Priscilla Keck | 5/7/17 – 4/8/18 | 73.96 | 73.96 | 147.92 |
| Tracey Kinningham | 5/7/17 – 4/8/18 | 1,165.22 | 1,165.22 | 2,330.44 |
| Carl Kinser | 5/7/17 – 4/8/18 | 6,004.00 | 6,004.00 | 12,008.00 |
| Gudelia Kinser | 5/7/17 – 4/8/18 | 3,126.74 | 3,126.74 | 6,253.48 |
| Jason Kinser | 5/7/17 – 4/8/18 | 6,929.89 | 6,929.89 | 13,859.78 |
| Ponciano Hernandez Lama | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Taylor Lamb | 5/7/17 – 4/8/18 | 1,265.66 | 1,265.66 | 2,531.32 |
| Victor Leal | 5/7/17 – 4/8/18 | 2,991.14 | 2,991.14 | 5,982.28 |
| Alberto Libraro | 5/7/17 – 4/8/18 | 1,772.21 | 1,772.21 | 3,544.42 |
| Esteban Lopez | 5/7/17 – 4/8/18 | 6,601.35 | 6,601.35 | 13,202.70 |
| Joel Lopez | 5/7/17 – 4/8/18 | 1,675.29 | 1,675.29 | 3,350.58 |
| Martha Alvarado Lopez | 5/7/17 – 4/8/18 | 4,008.13 | 4,008.13 | 8,016.26 |
| Marvin Oriel Marroquin Lopez | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Pablo Lopez | 5/7/17 – 4/8/18 | 1,223.60 | 1,223.60 | 2,447.20 |
| Hollie Luallen | 5/7/17 – 10/15/17 | 535.02 | 535.02 | 1,070.04 |
| Juan Manual | 5/7/17 – 4/8/18 | 3,198.39 | 3,198.39 | 6,396.78 |
| Jose Saul Manuel | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Antonio Garcia Martin | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Gonzalo Chavez Martinez | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Luis Bautista Martinez | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Teresa Martinez | 5/7/17 – 4/8/18 | 1,957.97 | 1,957.97 | 3,915.94 |

| Name | Dates | | | |
|---|---|---|---|---|
| Adan Mejia | 11/19/17 – 4/8/18 | 220.98 | 220.98 | 441.96 |
| Mario Mejia | 2/25/18 – 4/8/18 | 46.44 | 46.44 | 92.88 |
| Adriana Cruz Mendoza | 11/19/17 – 4/8/18 | 428.26 | 428.26 | 856.52 |
| Carolina Romulo Mendoza | 1/14/18 – 4/8/18 | 235.00 | 235.00 | 470.00 |
| Ofelia Mendoza Mendoza | 5/7/17 – 4/8/18 | 1,732.00 | 1,732.00 | 3,464.00 |
| Veronica Perez Mendoza | 5/7/17 – 4/8/18 | 1,908.80 | 1,908.80 | 3,817.60 |
| Jorge Meraz | 5/7/17 – 4/8/18 | 6,610.18 | 6,610.18 | 13,220.36 |
| Alma Mercado | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Frank Montalvo | 5/7/17 – 4/8/18 | 135.67 | 135.67 | 271.34 |
| Joseph Montalvo | 2/4/18 – 4/8/18 | 4,543.74 | 4,543.74 | 9,087.48 |
| Candelaria Morales | 11/19/17 – 4/8/18 | 592.95 | 592.95 | 1,185.90 |
| Esperanza Torres Morales | 5/7/17 – 4/8/18 | 2,075.70 | 2,075.70 | 4,151.40 |
| Glendy Morales | 11/19/17 – 4/8/18 | 464.15 | 464.15 | 928.30 |
| Gloria Mejia Munoz | 5/7/17 – 4/8/18 | 1,947.03 | 1,947.03 | 3,894.06 |
| Ramiro Narro | 11/19/17 – 4/8/18 | 678.53 | 678.53 | 1,357.06 |
| Javier Navarrete | 5/7/17 – 4/8/18 | 3,153.37 | 3,153.37 | 6,306.74 |
| Juan Nuci | 11/26/17 – 4/8/18 | 498.54 | 498.54 | 997.08 |
| Hector Ortiz | 5/7/17 – 4/8/18 | 12,074.99 | 12,074.99 | 24,149.98 |
| Magdalena Alonso Pablo | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Pedro Gomez Pablo | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Carmen (Angela) Pedraza | 5/7/17 – 4/8/18 | 1,343.13 | 1,343.13 | 2,686.26 |
| Rigobeto Peres | 11/19/17 – 4/8/18 | 507.84 | 507.84 | 1,015.68 |
| Daniel Perez | 11/19/17 – 4/8/18 | 545.10 | 545.10 | 1,090.20 |
| David Perez | 5/7/17 – 4/8/18 | 1,721.56 | 1,721.56 | 3,443.12 |
| Esperanza Perez | 8/20/17 – 4/8/18 | 1,061.62 | 1,061.62 | 2,123.24 |
| Jose Perez | 11/19/17 – 4/8/18 | 658.83 | 658.83 | 1,317.66 |
| Virgen Mendoza Perez | 5/7/17 – 4/8/18 | 1,908.80 | 1,908.80 | 3,817.60 |
| Martha Polido | 5/7/17 – 4/8/18 | 301.76 | 301.76 | 603.52 |
| Teresa Quezada | 5/7/17 – 4/8/18 | 1,758.68 | 1,758.68 | 3,517.36 |
| Cesar Ramirez | 5/7/17 – 4/8/18 | 1,654.38 | 1,654.38 | 3,308.76 |
| Claudio Ramirez | 5/7/17 – 4/8/18 | 2,466.44 | 2,466.44 | 4,932.88 |
| Cristino Ramirez | 5/7/17 – 4/8/18 | 3,400.41 | 3,400.41 | 6,800.82 |
| Jesus Ramirez | 5/7/17 – 1/21/18 | 2,814.72 | 2,814.72 | 5,629.44 |
| Rafial Dario Ramirez | 5/7/17 – 4/8/18 | 1,550.34 | 1,550.34 | 3,100.68 |
| Mateo Ramos | 5/7/17 – 11/12/17 | 1,331.53 | 1,331.53 | 2,663.06 |
| Justino Reyes | 5/7/17 – 4/8/18 | 2,963.70 | 2,963.70 | 5,927.40 |
| Tomas Ricardo | 5/7/17 – 4/8/18 | 2,443.00 | 2,443.00 | 4,886.00 |
| Vivian Rivas | 11/19/17 – 4/8/18 | 485.00 | 485.00 | 970.00 |
| Cornelio Roberlo | 11/19/17 – 4/8/18 | 863.32 | 863.32 | 1,726.64 |
| Luis Roberto | 7/9/17 – 4/8/18 | 1,906.29 | 1,906.29 | 3,812.58 |
| Jose Roblero | 5/7/17 – 4/8/18 | 376.15 | 376.15 | 752.30 |
| Jose Rodas | 11/19/17 – 4/8/18 | 872.83 | 872.83 | 1,745.66 |
| Pablo Rodiriquez | 5/7/17 – 12/31/17 | 1,044.91 | 1,044.91 | 2,089.82 |

| Name | Dates | Amount | Amount | Total |
|---|---|---|---|---|
| Moses Rodriques | 5/7/17 – 4/8/18 | 1,914.14 | 1,914.14 | 3,828.28 |
| Elmis Rodriquez | 5/7/17 – 4/8/18 | 1,765.66 | 1,765.66 | 3,531.32 |
| Oscar Rojas | 11/19/17 – 12/17/17 | 130.86 | 130.86 | 261.72 |
| Tomasa Saldana | 5/7/17 – 4/8/18 | 1,813.17 | 1,813.17 | 3,626.34 |
| Thomasa Saladon | 5/7/17 – 4/8/18 | 2,258.41 | 2,258.41 | 4,516.82 |
| Alex Sanchez | 7/9/17 – 4/8/18 | 3,907.25 | 3,907.25 | 7,814.50 |
| Eugenia Lopez Sanchez | 5/7/17 – 4/8/18 | 1,675.29 | 1,675.29 | 3,350.58 |
| Raul Sanchez | 5/7/17 – 4/8/18 | 1,942.07 | 1,942.07 | 3,884.14 |
| Raymonda Lopez Sanchez | 5/7/17 – 4/8/18 | 2,014.03 | 2,014.03 | 4,028.06 |
| Tomas Sanchez | 5/7/17 – 4/8/18 | 2,184.62 | 2,184.62 | 4,369.24 |
| Felipe Santizo | 5/7/17 – 4/8/18 | 1,770.20 | 1,770.20 | 3,540.40 |
| Julio Francisco Santizo | 5/7/17 – 4/8/18 | 1,831.82 | 1,831.82 | 3,663.64 |
| Alfonso Santos | 5/7/17 – 4/8/18 | 2,582.80 | 2,582.80 | 5,165.60 |
| Mario Jose Santos | 5/7/17 – 4/8/18 | 1,813.30 | 1,813.30 | 3,626.60 |
| Fidel Silva | 5/7/17 – 4/8/18 | 2,364.61 | 2,364.61 | 4,729.22 |
| Santiago Silva | 5/7/17 – 4/8/18 | 2,767.42 | 2,767.42 | 5,534.84 |
| Zenaido Martinez Silva | 5/7/17 – 4/8/18 | 2,426.87 | 2,426.87 | 4,853.74 |
| Juan Tiburcio | 5/7/17 – 4/8/18 | 2,639.14 | 2,639.14 | 5,278.28 |
| Emma Trejo | 5/7/17 – 4/8/18 | 1,899.79 | 1,899.79 | 3,799.58 |
| Geronimo Guerrero Trejo | 5/7/17 – 4/8/18 | 5,348.59 | 5,348.59 | 10,697.18 |
| Virginia Vargas | 5/7/17 – 4/8/18 | 487.13 | 487.13 | 974.26 |
| Marvin Velasquez | 2/25/18 – 4/8/18 | 205.34 | 205.34 | 410.68 |
| Reyna Zamorana | 5/7/17 – 4/8/18 | 2,114.13 | 2,114.13 | 4,228.26 |
| Catarino Zapote | 5/7/17 – 4/8/18 | 2,587.80 | 2,587.80 | 5,175.60 |
| Cristina Zapote | 5/7/17 – 4/8/18 | 1,973.63 | 1,973.63 | 3,947.26 |
| Isabel Zelaya | 5/7/17 – 4/8/18 | 1,732.73 | 1,732.73 | 3,465.46 |
| Maritza Zelaya | 12/31/17 – 4/8/18 | 323.76 | 323.76 | 647.52 |
| | Total: | $305,000 | $305,000 | $610,000 |

## Schedule B

| Employee | Payments to be made with 10 days of order issuing |
|---|---|
| Delfino Fernandez Abad | 12,533.58 |
| Juan Lopez Alvarado | 5,547.82 |
| Anahi Alvarez | 4,791.48 |
| Ramario Navarro Amezcua | 3,626.34 |
| Juan Cruz Angeles | 3,626.34 |
| Melinda Ann | 668.86 |
| Petronilo Argueta | 4,926.88 |
| Yamir Arismendi | 566.70 |
| Evelio Alejandro Bravo Arreaga | 3,626.34 |
| Zilo Arzola | 3,016.80 |
| Jake Atkins | 1,907.34 |
| Rogelio Huertas Aviles | 3,562.58 |
| Erick Alejandro Sanchez Baena | 3,626.34 |
| Pablo Barreras | 5,260.64 |
| Juan Bautista | 578.44 |
| Ismael Beltran | 4,232.56 |
| Jennifer Bishop | 1,200.04 |
| Macario Bohorquez | 5,440.88 |
| Timothy Bowlin | 1,260.04 |
| **Gross Amount:** | **$70,000** |

| Employee | Payments to be made within 1 month of order issuing |
|---|---|
| Timothy Bowlin | 6,086.26 |
| Justin Bussell | 902.62 |
| Cecilio Arozola Campos | 3,626.34 |
| Erandi Campos | 3,733.72 |
| Teresita de Jesus Martinez Carrizales | 651.06 |
| **Gross Amount:** | **$15,000** |

| Employee | Payments to be made within 2 months of order issuing |
|---|---|
| Teresita de Jesus Martinez Carrizales | 2,975.28 |
| Valentin Catalin | 1,151.98 |
| Nayeli Chagala | 1,379.32 |
| Alberto Librado Chavez | 3,892.08 |
| Ricardo Soto Colon | 3,932.90 |
| Victoria Contreras | 1,668.44 |

| | |
|---|---|
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 3 months of order issuing |
|---|---|
| Victoria Contreras | 1,959.70 |
| Aljeandra Cruz | 4,577.70 |
| Donato Hernandez Cruz | 4,988.60 |
| Guillimina Cruz | 3,474.00 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 4 months of order issuing |
|---|---|
| Guillimina Cruz | 1,007.24 |
| Luisa Mendoza Cruz | 4,311.72 |
| Margarita Hernandez Cruz | 7,280.76 |
| Maria Cruz | 994.90 |
| Donnie Dalton | 1,405.38 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 5 months of order issuing |
|---|---|
| Donnie Dalton | 11,314.22 |
| Jonathan Davis | 155.34 |
| Gina Dean | 173.42 |
| Domingo Gregorio Domingo | 3,357.02 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 6 months of order issuing |
|---|---|
| Domingo Gregorio Domingo | 269.32 |
| C. Spencer England | 7,751.30 |
| Francisco Nuci Estrada | 4,089.18 |
| Juan Silva Estrada | 2,890.20 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 7 months of order issuing |
|---|---|
| Juan Silva Estrada | 1,808.62 |
| Pedro Nuci Estrada | 4,311.12 |

| Employee | |
|---|---|
| Omar Barcelos Garcia | 1,873.84 |
| Mateo Gomez | 3,816.18 |
| Nicolas Gomez | 3,190.24 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 8 months of order issuing |
|---|---|
| Nicolas Gomez | 1,266.80 |
| Esteban Gonsalez | 1,823.66 |
| Maria Gonsalez | 4,039.30 |
| Augustin Gonzalez | 7,870.24 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 9 months of order issuing |
|---|---|
| Augustin Gonzalez | 3,413.52 |
| Elvia Cruz Gonzalez | 3,626.34 |
| Pedro Filipe Gutierrez | 4,700.42 |
| Alejandra Guzman | 168.76 |
| Alejandro Guzman | 3,090.96 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 10 months of order issuing |
|---|---|
| Alejandro Guzman | 1,913.12 |
| Jesus Perez Hernandez | 9,251.06 |
| Jose Lucas Hernandez | 3,835.82 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 11 months of order issuing |
|---|---|
| Jose Lucas Hernandez | 4,289.94 |
| Juan Dajui Hernandez | 3,626.34 |
| Juan Lucas Hernandez | 5,512.86 |
| Salvado Huipe | 1,570.86 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 12 months of order issuing |
|---|---|

| Employee | |
|---|---|
| Salvado Huipe | 2,077.00 |
| Martin Arzola Hurtado | 3,626.34 |
| Priscilla Keck | 147.92 |
| Tracey Kinningham | 2,330.44 |
| Carl Kinser | 6,818.30 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 13 months of order issuing |
|---|---|
| Carl Kinser | 5,189.70 |
| Gudelia Kinser | 6,253.48 |
| Jason Kinser | 3,556.82 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 14 months of order issuing |
|---|---|
| Jason Kinser | 10,302.96 |
| Ponciano Hernandez Lama | 3,626.34 |
| Taylor Lamb | 1,070.70 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 15 months of order issuing |
|---|---|
| Taylor Lamb | 1,460.62 |
| Victor Leal | 5,982.28 |
| Alberto Libraro | 3,544.42 |
| Esteban Lopez | 4,012.68 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 16 months of order issuing |
|---|---|
| Esteban Lopez | 9,190.02 |
| Joel Lopez | 3,350.58 |
| Martha Alvarado Lopez | 2,459.40 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 17 months of order issuing |
|---|---|
| Martha Alvarado Lopez | 5,556.86 |
| Marvin Oriel Marroquin Lopez | 3,626.34 |

| Employee | |
|---|---|
| Pablo Lopez | 2,447.20 |
| Hollie Luallen | 1,070.04 |
| Juan Manual | 2,299.56 |
| **Gross Amount:** | **$15,000** |

| Employee | Payments to be made within 18 months of order issuing |
|---|---|
| Juan Manual | 4,097.22 |
| Jose Saul Manuel | 3,626.34 |
| Antonio Garcia Martin | 3,626.34 |
| Gonzalo Chavez Martinez | 3,626.34 |
| Luis Bautista Martinez | 23.76 |
| **Gross Amount:** | **$15,000** |

| Employee | Payments to be made within 19 months of order issuing |
|---|---|
| Luis Bautista Martinez | 3,602.58 |
| Teresa Martinez | 3,915.94 |
| Adan Mejia | 441.96 |
| Mario Mejia | 92.88 |
| Adriana Cruz Mendoza | 856.52 |
| Carolina Romulo Mendoza | 470.00 |
| Ofelia Mendoza Mendoza | 3,464.00 |
| Veronica Perez Mendoza | 2,156.12 |
| **Gross Amount:** | **$15,000** |

| Employee | Payments to be made within 20 months of order issuing |
|---|---|
| Veronica Perez Mendoza | 1,661.48 |
| Jorge Meraz | 13,220.36 |
| Alma Mercado | 118.16 |
| **Gross Amount:** | **$15,000** |

| Employee | Payments to be made within 21 months of order issuing |
|---|---|
| Alma Mercado | 3,508.18 |
| Frank Montalvo | 271.34 |
| Joseph Montalvo | 9,087.48 |
| Candelaria Morales | 1,185.90 |
| Esperanza Torres Morales | 947.10 |

| | Gross Amount: | $15,000 |
|---|---|---|

| Employee | Payments to be made within 22 months of order issuing |
|---|---|
| Esperanza Torres Morales | 3,204.30 |
| Glendy Morales | 928.30 |
| Gloria Mejia Munoz | 3,894.06 |
| Ramiro Narro | 1,357.06 |
| Javier Navarrete | 5,616.28 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 23 months of order issuing |
|---|---|
| Javier Navarrete | 690.46 |
| Juan Nuci | 997.08 |
| Hector Ortiz | 13,312.46 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 24 months of order issuing |
|---|---|
| Hector Ortiz | 10,837.52 |
| Magdalena Alonso Pablo | 3,626.34 |
| Pedro Gomez Pablo | 536.14 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 25 months of order issuing |
|---|---|
| Pedro Gomez Pablo | 3,090.20 |
| Carmen (Angela) Pedraza | 2,686.26 |
| Rigobeto Peres | 1,015.68 |
| Daniel Perez | 1,090.20 |
| David Perez | 3,443.12 |
| Esperanza Perez | 2,123.24 |
| Jose Perez | 1,317.66 |
| Virgen Mendoza Perez | 233.64 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 26 months of order issuing |
|---|---|

| Employee | |
|---|---|
| Virgen Mendoza Perez | 3,583.96 |
| Martha Polido | 603.52 |
| Teresa Quezada | 3,517.36 |
| Cesar Ramirez | 3,308.76 |
| Claudio Ramirez | 3,986.40 |
| **Gross Amount:** | **$15,000** |

| Employee | Payments to be made within 27 months of order issuing |
|---|---|
| Claudio Ramirez | 946.48 |
| Cristino Ramirez | 6,800.82 |
| Jesus Ramirez | 5,629.44 |
| Rafial Dario Ramirez | 1,623.26 |
| **Gross Amount:** | **$15,000** |

| Employee | Payments to be made within 28 months of order issuing |
|---|---|
| Rafial Dario Ramirez | 1,477.42 |
| Mateo Ramos | 2,663.06 |
| Justino Reyes | 5,927.40 |
| Tomas Ricardo | 4,886.00 |
| Vivian Rivas | 46.12 |
| **Gross Amount:** | **$15,000** |

| Employee | Payments to be made within 29 months of order issuing |
|---|---|
| Vivian Rivas | 923.88 |
| Cornelio Roberlo | 1,726.64 |
| Luis Roberto | 3,812.58 |
| Jose Roblero | 752.30 |
| Jose Rodas | 1,745.66 |
| Pablo Rodiriquez | 2,089.82 |
| Moses Rodriques | 3,828.28 |
| Elmis Rodriquez | 120.84 |
| **Gross Amount:** | **$15,000** |

| Employee | Payments to be made within 30 months of order issuing |
|---|---|
| Elmis Rodriquez | 3,410.48 |
| Oscar Rojas | 261.72 |

| Employee | |
|---|---|
| Tomasa Saldana | 3,626.34 |
| Thomasa Saladon | 4,516.82 |
| Alex Sanchez | 3,184.64 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 31 months of order issuing |
|---|---|
| Alex Sanchez | 4,629.86 |
| Eugenia Lopez Sanchez | 3,350.58 |
| Raul Sanchez | 3,884.14 |
| Raymonda Lopez Sanchez | 3,135.42 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 32 months of order issuing |
|---|---|
| Raymonda Lopez Sanchez | 892.64 |
| Tomas Sanchez | 4,369.24 |
| Felipe Santizo | 3,540.40 |
| Julio Francisco Santizo | 3,663.64 |
| Alfonso Santos | 2,534.08 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 33 months of order issuing |
|---|---|
| Alfonso Santos | 2,631.52 |
| Mario Jose Santos | 3,626.60 |
| Fidel Silva | 4,729.22 |
| Santiago Silva | 4,012.66 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 34 months of order issuing |
|---|---|
| Santiago Silva | 1,522.18 |
| Zenaido Martinez Silva | 4,853.74 |
| Juan Tiburcio | 5,278.28 |
| Emma Trejo | 3,345.80 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 35 |
|---|---|

|  | months of order issuing |
|---|---|
| Emma Trejo | 453.78 |
| Geronimo Guerrero Trejo | 10,697.18 |
| Virginia Vargas | 974.26 |
| Marvin Velasquez | 410.68 |
| Reyna Zamorana | 2,464.10 |
| Gross Amount: | $15,000 |

| Employee | Payments to be made within 36 months of order issuing |
|---|---|
| Reyna Zamorana | 1,764.16 |
| Catarino Zapote | 5,175.60 |
| Cristina Zapote | 3,947.26 |
| Isabel Zelaya | 3,465.46 |
| Maritza Zelaya | 647.52 |
| Gross Amount: | $15,000 |